# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0382

VERSUS

KRISTIAN GAUDET

**AUGUST 2, 2022**

---

In Re:   Kristian Gaudet, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 584530, 587265.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

*a.s~()*

DEPUTY CLERK OF COURT
FOR THE COURT